UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN JOHNSON,

    Plaintiff,

v.

MARY E. ANDERSON, et al.,

    Defendants.

_____/

Case No. 1:22-cv-1161

HON. JANE M. BECKERING

## ORDER

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed this civil rights action pursuant to 42 U.S.C. § 1983. Defendant Anderson filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 20). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 34) on August 21, 2024, recommending that this Court deny Defendant Anderson's motion. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 34) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 20) is DENIED.

Dated: September 18, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge