UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN JOHNSON,

    Plaintiff,

v.

MARY E. ANDERSON, et al.,

    Defendants.

_____/

Case No. 1:22-cv-1161

HON. JANE M. BECKERING

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Mary E. Anderson and Corizon Health, Inc. are the only remaining defendants in this matter.[1] Defendant Anderson filed a Motion for Summary Judgment (ECF No. 45). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 51) on May 27, 2025, recommending that this Court grant the motion, dismiss Plaintiff's Eighth Amendment claim with prejudice, and dismiss Plaintiff's state-law claims without prejudice. The Report and Recommendation was duly served on the applicable parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 51) is APPROVED and ADOPTED as the Opinion of the Court.

---

[1] On March 26, 2024, this Court stayed and administratively closed this case as to Defendant Corizon Health, Inc., only, pending termination of the related bankruptcy proceedings (3/26/2024 Order, ECF No. 14).

**IT IS FURTHER ORDERED** that Defendant Anderson's Motion for Summary Judgment (ECF No. 45) is GRANTED.  Plaintiff's Eighth Amendment claim is DISMISSED with prejudice. Plaintiff's state-law claims are DISMISSED without prejudice.  Defendant Anderson is TERMINATED as a party to this case.

**IT IS FURTHER ORDERED**, consistent with this Court's prior Order (ECF No. 14), that this case remains STAYED and administratively CLOSED as to Defendant Corizon Health, Inc.

Dated: June 25, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge